### GUESS & ALBIN v. WORMAN et al. *
### No. 4974.

Court of Appeal of Louisiana. Second Circuit.
April 1, 1935.

E. R. Stoker, of Baton Rouge, for appellants.

H. W. Ayres, of Jonesboro, for appellee.

MILLS, Judge.

The record in this case, including the minutes of court, fails to show any motion for or order of appeal. These requirements are jurisdictional. In such a situation we are constrained to take notice of the omission and to dismiss the appeal of our own motion. Sammons v. New Orleans Ry. & Light Co., 143 La. 731, 79 So. 320.

The appeal is accordingly dismissed.